**[Doabtdsv]** [District Order Abating Motions to Determine Secured Status/Value and/or Strip]

ORDERED.

**Dated: October 2, 2015**

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 8:15−bk−08602−KRM
                                                                                        Chapter 13
Richard Eveillard

_____Debtor*_____/

### ORDER ABATING MOTION TO DETERMINE SECURED STATUS AND TO STRIP LIEN EFFECTIVE UP DISCHARGE

   THIS CASE came on for consideration, without hearing, on the Motion to Determine Secured Status of Sentry Management HOA and to Strip Lien Effective Upon Discharge by the debtor , Doc. No. 20 (the "Motion") . After a review of the Motion, the Court determines that the Motion is deficient as follows:

☐   The Motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr. P. 9011.

☐   The Motion was filed without a signed or dated certificate of service as required by Local Rule 9013−1.

☐   The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002−4.

☐   The Motion does not contain an appropriate unsworn declaration with signature in compliance with Fed. R. Bankr. P. 1008

☐   The Motion does not contain a legal description for real property or a VIN number for a vehicle.

☐   The Motion does not contain the redacted loan number.

☐   The Motion does not contain the fair market value of the security.

☐   The Motion does not contain the name of the lien holder.

☑ No claim has been filed on behalf of the affected creditor. The proof of claims bar date is December 21, 2015 .

Accordingly, it is

***ORDERED:***

Consideration of the Motion is abated until the deficiency is corrected.

The Clerks office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both the debtors in a case filed jointly by two individuals.