United States Bankruptcy Court
Middle District of Florida

In re:  
Richard Eveillard  
      Debtor

Case No. 15-08602-KRM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-8      User: rscanlon      Page 1 of 1      Date Rcvd: Oct 02, 2015  
                    Form ID: Doabtdsv     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2015.  
db            +Richard Eveillard,    5228 W. Kennedy Blvd.,    Tampa, FL 33609-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2015 at the address(es) listed below:  
            Curran K Porto    on behalf of Debtor Richard  Eveillard curran@portolegalcenter.com, maria@portolegalcenter.com  
            Kelly  Remick     ecf@ch13tampa.com  
            Steven G Powrozek    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Washing spowrozek@logs.com, electronicbankruptcynotices@logs.com  
            United States Trustee - TPA7/13, 7    USTPRegion21.TP.ECF@USDOJ.GOV  
            Vanessa D Torres    on behalf of Creditor    PNC Bank, National Association vdtorres@rasflaw.com  
                                                                                                            TOTAL: 5

**[Doabtdsv]** [District Order Abating Motions to Determine Secured Status/Value and/or Strip]

ORDERED.

**Dated: October 2, 2015**

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                   Case No. 8:15−bk−08602−KRM
                                                         Chapter 13
Richard Eveillard


_____Debtor*_____/

### *ORDER ABATING MOTION TO DETERMINE SECURED STATUS AND TO STRIP LIEN EFFECTIVE UP DISCHARGE*

   THIS CASE came on for consideration, without hearing, on the Motion to Determine Secured Status of Sentry Management HOA and to Strip Lien Effective Upon Discharge by the debtor , Doc. No. 20 (the "Motion") . After a review of the Motion, the Court determines that the Motion is deficient as follows:

☐ The Motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr. P. 9011.

☐ The Motion was filed without a signed or dated certificate of service as required by Local Rule 9013−1.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002−4.

☐ The Motion does not contain an appropriate unsworn declaration with signature in compliance with Fed. R. Bankr. P. 1008

☐ The Motion does not contain a legal description for real property or a VIN number for a vehicle.

☐ The Motion does not contain the redacted loan number.

☐ The Motion does not contain the fair market value of the security.

☐ The Motion does not contain the name of the lien holder.

☑ No claim has been filed on behalf of the affected creditor. The proof of claims bar date is December 21, 2015 .

Accordingly, it is

***ORDERED:***

Consideration of the Motion is abated until the deficiency is corrected.

The Clerks office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both the debtors in a case filed jointly by two individuals.